FILED by TB D.C.

ELECTRONIC

Aug 27, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-80167-CR-MARRA/MATTHEWMAN

16 U.S.C. § 1538(a)(1)(F)
16 U.S.C. § 1540(b)(1)

UNITED STATES OF AMERICA

vs.

ROBERT JAQUES,

    **Defendant**    /

## INFORMATION

The United States Attorney charges that:

### Count 1
### Sale or Offer for Sale of Endangered Wildlife
### (16 U.S.C. §§ 1538(a)(1)(F) and 1540(b)(1))

At all times material to this Information:

1. Pursuant to the Endangered Species Act (ESA), the Secretary of Commerce promulgated regulations listing endangered and threatened species of wildlife for protection within the United States. The list of species at 50 Code of Federal Regulations, Section 224.101 identifies the Largetooth Sawfish *(Pristis perotteti)* as an endangered species subject to the ESA.

2. The ESA, at Section 1532(6) defines the term "endangered species" as any species which is in danger of extinction throughout all or a significant portion of its range other than a species of the Class Insecta determined by the Secretary to constitute a pest whose protection under the provisions of this chapter would present an overwhelming and overriding risk to man.

3. The ESA, at Section 1532(8) defines the term "fish or wildlife" as any member of the

animal kingdom, including without limitation any mammal, fish, bird, amphibian, reptile, mollusk, crustacean, arthropod, or other invertebrate, and includes any part, egg, or offspring thereof, or the dead body or parts thereof.

4. On or about June 27, 2013, in Palm Beach County, within the Southern District of Florida, and elsewhere, the defendant,

**ROBERT JAQUES,**

did sell or offer for sale in interstate or foreign commerce specimens of an endangered species, to wit: two (2) Largetooth Sawfish (*Pristis perotteti*) rostrums, in violation of the Endangered Species Act of 1973, Title 16, United States Code, Sections 1538(a)(1)(F) and 1540(b)(1).

### FORFEITURE

Upon conviction of the violation alleged in Count 1 of this Information, the defendant **ROBERT JAQUES** shall forfeit to the United States all fish or wildlife or plants taken, possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of Chapter 35, Endangered Species Act, Title 16, United States Code, Section 1531 et. seq., any regulation made pursuant thereto, or any permit or certificate issued hereunder, including but not limited to the following:

a. approximately 2 Largetooth Sawfish rostrums (*Pristis perotteti*).

Pursuant to Title 28, United States Code, Section 2461, Title 16, United States Code, Section 1540(e)(4)(A), and the procedures outlined at Title 21, United States Code, Section 853.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
NORMAN O. HEMMING, III
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

ROBERT JAQUES ,

          **Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect  _____

4. This case will take  _0 (Plea)_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)              (Check only one)
   I    0 to  5 days    _X_      Petty     ___
   II   6 to 10 days    ___      Minor     ___
   III  11 to 20 days   ___      Misdem.   _X_
   IV   21 to 60 days   ___      Felony    ___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

                                                   _____
                                                   NORMAN O. HEMMING, III
                                                   ASSISTANT UNITED STATES ATTORNEY
                                                   Florida Bar No./Court No. A5500680

*Penalty Sheet(s) attached                                                                                     REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __ROBERT JAQUES__

Case No: _____

**COUNT 1:** Sale of Endangered Species

Title 16, United States Code, Sections 1538(a)(1)(A), 1540(b)(1)

**\*Max. Penalty:** 1 Year Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __ROBERT JAQUES__
           __$25,000 Personal Surety Bond__

By: _____
NORMAN O. HEMMING, III
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s):        Special Agent Ron Messa
(U.S. National Oceanic and Atmospheric Administration-NOAA-OLE)